PD-0791-15

PD-0791-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/25/2015 1:59:00 PM
Accepted 6/29/2015 2:16:04 PM
ABEL ACOSTA
CLERK

No. _____

In the
**COURT OF CRIMINAL APPEALS**

_____

On Appeal from the 264th Judicial District Court of
Bell County, Texas
Cause Number 67109; and the Opinion of the Third Court of Appeals
in Cause Number 03-14-00381-CR, Delivered June 24, 2015

_____

**ERIC ALAN MOORE, JR.**
*v.*
**THE STATE OF TEXAS**

_____

**MOTION FOR EXTENSION OF TIME TO FILE**
***PRO SE* PETITION FOR DISCRETIONARY REVIEW**

_____

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, Kristen Jernigan, the undersigned attorney of record for Eric Alan Moore, Jr., the Appellant, herein, and files this Motion for Extension of Time to File *Pro Se* Petition for Discretionary Review. As set out below, the undersigned respectfully requests a sixty-day extension so that Appellant can file his *Pro Se* Petition for Discretionary Review. In support of said motion, the undersigned would show the Court the following:

1. Appellant's Petition for Discretionary Review is currently due in this case on July 24, 2015.

2. Appellant seeks an extension of sixty days in which to file his Petition for Discretionary Review, making his Petition due on or before September 22, 2015.

3. The undersigned counsel will not be representing Appellant after the filing of this motion. Appellant will now have to obtain and review the record in order to prepare and file a *Pro Se* Petition for Discretionary Review. The undersigned believes that there is insufficient time between now and July 24, 2015, to accomplish those goals. Consequently, the undersigned respectfully requests that the Court grant Appellant the additional time.

4. The undersigned has not filed any previous motions for extension of time in this case.

5. For the reasons set forth above, the undersigned respectfully requests that Appellant be granted an extension of sixty days so that his brief in this case will now be due on September 22, 2015.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** the undersigned respectfully requests that this Court grant this Motion for Extension of Time to File *Pro Se* Petition for Discretionary Review.

Respectfully submitted,


_____/s/__Kristen Jernigan_____
KRISTEN JERNIGAN
State Bar Number 90001898
207 S. Austin Ave.
Georgetown, Texas 78626
(512) 904-0123
(512) 931-3650 (fax)
Kristen@txcrimapp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Appellant's Motion for Extension of Time has been mailed to the Bell County District Attorney's Office, 1200 Huey Road, Belton, Texas 76513, on May 15, 2015.

\_\_/s/ Kristen Jernigan_____
Kristen Jernigan